GEORGE W. CRAM, Respondent, *v.* KENNETH CRANFORD, Appellant.

*Cram* v. *Cranford,* 19 App. Div. 607, affirmed.
(Submitted March 9, 1900; decided March 27, 1900.)

APPEAL from a judgment and order of the Appellate Division of the Supreme Court in the second judicial department, entered, respectively, August 2 and July 9, 1897, affirming a judgment in favor of plaintiff entered upon a verdict, and an order denying a motion for a new trial.

*Isaac N. Mills* for appellant.

*William L. Snyder* for respondent.

Judgment and order affirmed, with costs, and ten per cent added under subdivision 5 of section 3251 of the Code of Civil Procedure; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN, VANN and LANDON, JJ.

---

ALFRED STROME, Respondent, *v.* LONDON ASSURANCE CORPORATION, Appellant.

*Strome* v. *London Assurance Corp.,* 20 App. Div. 571, affirmed.
(Submitted March 9, 1900; decided March 27, 1900.)

APPEAL from a judgment and order of the Appellate Division of the Supreme Court in the second judicial department, entered, respectively, October 11 and October 5, 1897, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*Willard Parker Butler* for appellant.

*William M. Benedict* for respondent.

Judgment and order affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN, VANN and LANDON, JJ.